```
                                    Jermaine Wilson
                                    Register No. 14853-014      RECEIVED
                                    F.C.I. RayBrook
                                    P.O. Box 9001
                                    RayBrook NY 12977          2008 MAY -1  A 10: 47

                                                                    CHAMBERS
                                                             CHRISTOPHER F. DRONEY
                                                              U.S. DISTRICT JUDGE

                             Re: Criminal No. 3:02CR280(CFD)

USDJ Christopher F. Droney
Federal Building
450 Main St.
Hartford, CT 06103
```

Dear Judge Droney,

    I am writing in regards to the two-level reduction for crack cocaine offenses. I would like to motion to your court to see if I'm eligible for a sentence reduction under §3582 (c)(2), however my attorney of record when I was sentenced has subsequently retired. I would like to know if I can be appointed counsel to represent me in presenting this motion to your court. Can you please respond to the above address at your earliest convienience?

    Thank you for your attention on this matter!

                                                                 Jermaine Wilson 14853-014

---

*Handwritten margin note (left side, rotated):*

The Clerk is ordered to docket this correspondence, treat it as a motion for a sentence modification pursuant to 18 U.S.C. § 3582 and mail a copy to Assistant Federal Defender Terrence Ward. So ordered.

/s/ Christopher F. Droney, USDJ
Christopher F. Droney
United States District Judge
5/6/08

02CR280let