UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

Jermaine Wilson

vs.

UNITED STATES OF AMERICA

No. 3:02CR280 (CFD)

## MOTION FOR TWO-POINT REDUCTION UNDER 18 USC §3582(c)(2)

COMES NOW THE PETITIONER, PRO SE, to move the Court to modify his term of imprisonment pursuant to the new sentencing guidelines allowing a two-point reduction for certain crack cocaine offenses, to be given at the discretion of the sentencing Court.

The petitioner feels he qualifies for the aforementioned relief and hereby respectfully petitions the Court to deduct two-points from his original point level, pursuant to 18 USC §3582(c)(2). He realizes that the granting of the relief requested in this motion is at the sole discretion of the sentencing Court, and he prays that it will order that his sentence be modified accordingly.

The requested relief will result in the modification of the petitioner's sentence downward by a substantial number of months, enabling him to reunite with his family and embark upon becoming a productive member of society that much sooner. He thanks the Court for its consideration.

Respectfully submitted this 1 day of May, 2008.

Jermaine Wilson # 14853-014
F.C.I. Ray Brook
Ray Brook NY 12977