UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR280(CFD) |
| JERMAINE WILSON | : | May 29, 2008 |

### MOTION TO CONTINUE

The defendant filed a pro se motion for a sentence reduction under the crack guideline amendments. The motion was filed on May 15, 2008 but was not docketed until May 27, 2008. The undersigned counsel received notice of the motion on May 27, 2008. Previously, the Court had forwarded to counsel a copy of a letter Mr. Wilson had sent to the Court requesting the appointment of counsel. At this time, the defendant, through counsel, asks the Court to take no action on the defendant's pro se motion and to continue the time for any response to the motion or to any filing the government makes until June 27, 2008.

The undersigned counsel has, prior to the filing of the instant motion, obtained defendant's file from his underlying conviction, has reviewed his presentence report, has written to defendant, and has had some very preliminary discussions with the government. Counsel needs to have time to adequately discuss the case with the defendant, who is incarcerated at FCI Ray Brook in Ray Brook, New York, before he can properly assist the defendant. The government has no objection to the granting of this motion. The defendant has not previously moved for any continuance regarding re-sentencing.

- 2 -

        Respectfully submitted,

        THE DEFENDANT,
        Jermaine Wilson

        THOMAS G. DENNIS
        FEDERAL DEFENDER

Dated: May 29, 2008

        Terence S. Ward
        Assistant Federal Defender
        10 Columbus Blvd, 6th FL
        Hartford, CT 06106
        Phone: (860) 493-6260
        Bar No.: ct00023
        Email: terence.ward@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing motion to continue has been mailed to Ray Miller, Assistant United States Attorney, 157 Church Street, 23rd Fl, New Haven, CT 06510, on this 29 day of May 2008.

        Terence S. Ward