UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR280(CFD) |
| JERMAINE WILSON | : | June 27, 2008 |

MOTION TO WITHDRAW PRO SE MOTION TO REDUCE SENTENCE

After consultation with defense counsel, the defendant does not wish to proceed on his pro se motion to reduce his sentence. He has authorized counsel to withdraw that motion on his behalf. Accordingly, the defendant moves to withdraw his pro se motion for a two-point sentence reduction filed on May 15, 2008.

Respectfully submitted,

THE DEFENDANT,
Jermaine Wilson

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: June 27, 2008

Terence S. Ward
Assistant Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct00023
Email: terence.ward@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2008, a copy of the foregoing motion to withdraw pro se motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Terence S. Ward